**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stephen Earl COOK, Defendant–Appellant.**

**No. 05–50605.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 18, 2006.

Lee S. Arian, Esq., Becky S. Walker, Esq., Los Angeles, CA, for Plaintiff–Appellee.

Stephen Earl Cook, Los Angeles, CA, pro se.

Before: T.G. NELSON, W. FLETCHER, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Stephen Earl Cook appeals from the district court's order revoking his super-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

vised release and imposing a one-year term of imprisonment.

Cook's counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that she finds no meritorious issues for review.

When Cook completed his sentence upon revocation of supervised release, there ceased to be a case or controversy. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir.1999). Accordingly, this appeal is moot. *See Spencer v. Kemna*, 523 U.S. 1, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Palomba*, 182 F.3d at 1123 & n. 3.

We **GRANT** counsel's motion to withdraw.

**DISMISSED.**

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.